HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CABELA'S RETAIL, INC., | No. 11-CV-5973 RBL |
| Plaintiff, | ORDER |
| v. | (Dkt. #83, 85) |
| HAWKS PRAIRIE INVESTMENT, LLC, | |
| Defendant. | |

The Court has reviewed the documents submitted for *in camera* review by Cabela's. The documents are both relevant and confidential. Cabela's will promptly produce the documents to Hawks Prairie, which will maintain confidentiality as provided by the terms of the parties' stipulated protective order.

Further, Hawks Prairie has withdrawn its subpoena to the Tulalip Tribes of Washington, Cabela's has requested that its motion to quash be stricken. (Def.'s Resp., Dkt. #89; Pl.'s Reply, Dkt. #94). The pending motions to quash (Dkts. #83, 85) are therefore **STRICKEN**.

Dated this 21st day of November 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE